Michael J. Quilling
Texas Bar No. 16432300
Joshua L. Shepherd
Texas Bar No. 24058104
QUILLING, SELANDER, LOWNDS,
   WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

PROPOSED SPECIAL COUNSEL
FOR SCOTT M. SEIDEL, TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § <br> § <br> **GOODMAN NETWORKS, INC.,** § <br> § <br> Debtor. § <br> § | | Case No. 22-31641-mvl-7 <br><br> (Chapter 7) |
| **SCOTT M. SEIDEL, TRUSTEE,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **FEDEX SUPPLY CHAIN LOGISTICS** § <br> **& ELECTRONICS, INC.,** § <br> § <br> Defendant. § | | ADVERSARY PROCEEDING <br> NO: 23-03091 |

## TRUSTEE'S MOTION FOR PRELIMINARY INJUNCTION

TO THE HONORABLE MICHELLE V. LARSON, U.S. BANKRUPTCY JUDGE:

    COMES NOW Scott M. Seidel, Trustee (the "Trustee"), the trustee of Goodman Networks, Inc. (the "Debtor"), the debtor in the above styled and numbered chapter 7 bankruptcy case (the "Bankruptcy Case"), and files this *Motion for Preliminary Injunction* (the "Motion") against

Defendant, FedEx Supply Chain Logistics & Electronics ("FedEx"), respectfully stating as follows:

1.  On November 15, 2023, the Trustee initiated this adversary proceeding with the filing of the *Original Complaint* [Adv. Dkt. 1], pursuant to which the Trustee seeks, among other things, that FedEx should be permanently enjoined from (a) asserting Estate causes of action, causes of action to recover on a claim against the Debtor, (b) impeding the administration of the Estate, and (c) asserting any constructive, resulting, express, or other trust claim against one of the Debtor's bank accounts, the funds therein, and any resulting property or transfers therefrom whether in the hands of the Debtor or any defendant named in FedEx's *Complaint* filed in the United States District Court for the Northern District of Texas, Case No. 3:23-cv-02397-S (the "District Court Lawsuit").

2.  Relief is requested pursuant to Federal Rule of Civil Procedure 65 made applicable in this proceeding by Federal Rule of Bankruptcy Procedure 7065. The Trustee is entitled to a preliminary injunction against FedEx to halt the ongoing damage caused by the filing and further prosecution of the District Court Lawsuit.

3.  The Trustee has provided notice of this Motion to FedEx and its counsel of record. The Trustee, though counsel, has conferred with counsel for FedEx and confirmed that FedEx does not consent to the relief requested herein.

4.  The Trustee asks that this Court enter a preliminary injunction prohibiting FedEx from further action of any nature in respect of the District Court Lawsuit including, but not limited to, service and seeking any orders from the United States District Court in respect of the District Court Lawsuit until judgment is entered on the merits of the Trustee's *Original Complaint* for, among other things, permanent injunction and damages for willful violation of the automatic stay.

**WHEREFORE**, the Trustee, respectfully requests that this Court enter (i) a preliminary injunction prohibiting FedEx from taking any further action of any nature in respect of the District Court Lawsuit or the matters set forth therein until judgment is entered on the Trustee's *Original Complaint*; and (ii) an order granting such other and further relief this Court deems necessary and appropriate.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
   WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By:   */s/ Michael J. Quilling*
       Michael J. Quilling
       Texas Bar No. 16432300
       Joshua L. Shepherd
       Texas Bar No. 24058104

PROPOSED SPECIAL COUNSEL FOR
SCOTT M. SEIDEL, TRUSTEE

### CERTIFICATE OF CONFERENCE

This is to certify that prior to filing this Motion, I conferred with counsel for FedEx regarding the preliminary injunction requested herein. Counsel has informed me that FedEx is opposed to the preliminary injunction, but both parties (through counsel) have committed to work together on scheduling a hearing on this Motion as soon as reasonably practical.

       */s/ Joshua L. Shepherd*
       Joshua L. Shepherd

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same (a) via the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case and (b) via email and first-class mail, postage prepaid, on the following:

Robert Campbell Hillyer
Daniel W. Van Horn
Adam M. Langley
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
cam.hillyer@butlersnow.com
danny.vanhorn@butlersnow.com
adam.langley@butlersnow.com

Martin A. Sosland
Butler Snow LLP
2911 Turtle Creek
Suite 1400
Dallas, TX 75219
martin.sosland@butlersnow.com

COUNSEL FOR FEDEX

                                      */s/ Joshua L. Shepherd*
                                      Joshua L. Shepherd