| | |
|---|---|
| **BUTLER SNOW LLP** | **BUTLER SNOW LLP** |
| Martin Sosland (TX Bar No. 18855645) | R. Campbell Hillyer (Admitted Pro Hac Vice) |
| Candice Carson (TX Bar No. 24074006) | Adam M. Langley (Admitted Pro Hac Vice) |
| 2911 Turtle Creek Blvd., Suite 1400 | 6075 Poplar Avenue, Suite 500 |
| Dallas, Texas 75219 | Memphis, TN 38119 |
| Telephone: (469) 680-5502 | Telephone: (901) 680-7326 |
| martin.sosland@butlersnow.com | cam.hillyer@butlersnow.com |
| candice.carson@butlersnow.com | adam.langley@butlersnow.com |
| *Counsel for Fedex Supply Chain Logistics & Electronics, Inc.* | *Admitted Pro Hac Vice as Counsel for Fedex Supply Chain Logistics & Electronics, Inc.* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GOODMAN NETWORKS, INC. | § | Case No. 22-31641 (MVL) |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE | | PLAINTIFF |
| V. | | ADV. No. 23-03091 (MVL) |
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC. | | DEFENDANT |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that Butler Snow LLP appears on behalf of Fedex Supply Chain Logistics & Electronics, Inc. as counsel and requests that notices of all hearings and conferences and service of all papers in this adversary proceeding pursuant to rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure including, without limitations, all papers and notices and sections 342 of title 11 of the United States Code be served upon the undersigned attorney as follows:

84842022.v1

**BUTLER SNOW LLP**
R. Campbell Hillyer (Admitted Pro Hac Vice)
6075 Poplar Avenue, Suite 500
Memphis, TN  38119
Telephone:  (901) 680-7326
cam.hillyer@butlersnow.com

RESPECTFULLY SUBMITTED this 7th day of December 2023.

By: */s/ R. Campbell Hillyer*
**BUTLER SNOW LLP**
R. Campbell Hillyer (Admitted Pro Hac Vice)
6075 Poplar Avenue, Suite 500
Memphis, TN  38119
Telephone:  (901) 680-7326
cam.hillyer@butlersnow.com

84842022.v1

## CERTIFICATE OF SERVICE

I, R. Campbell Hillyer, certify that the foregoing *Notice of Appearance and Request for Service of Notices and Pleadings* was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically.

Dated: December 7, 2023.

>    */s/ R. Campbell Hillyer*
>    R. CAMPBELL HILLYER

84842022.v1