

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed December 18, 2023**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | **Case No. 22-31641-mvl-7** |
| **GOODMAN NETWORKS, INC.,** § | | |
| § | | **(Chapter 7)** |
| Debtor. § | | |
| § | | |
| **SCOTT M. SEIDEL, TRUSTEE,** § | | |
| § | | |
| Plaintiff, § | | **ADVERSARY PROCEEDING** |
| § | | **NO: 23-03091** |
| v. § | | |
| § | | |
| **FEDEX SUPPLY CHAIN LOGISTICS** § | | |
| **& ELECTRONICS, INC.,** § | | |
| § | | |
| Defendant. § | | |

## AGREED ALTERNATIVE SCHEDULING ORDER

The Court directs compliance with the following schedule in connection with the above-styled Adversary Proceeding (the "Adversary") between Scott M. Seidel, Truste (the "Plaintiff" or

---
**AGREED ALTERNATIVE SCHEDULING ORDER**                                                              Page 1

"Trustee") and FedEx Supply Chain Logistics & Electronics, Inc. (the "Defendant", and collectively with the Plaintiff/Trustee, the "Parties"):

| | |
|---|---|
| No later than January 23, 2024 | The Parties and their counsel shall schedule a mediation of this Adversary as soon as practicable, and thereafter participate in such mediation in good faith toward resolution. |
| No later than January 10, 2024 | Deadline for Defendant to file and serve (i) either a motion or an answer to the *Trustee's Original Complaint* [Adv. Dkt. No. 1] (the "Answer"); and (ii) a response to the Trustee's *Motion for Preliminary Injunction* [Adv. Dkt. No. 4] with an accompanying memorandum of law in support of such response (collectively, the "Response", and together with the Answer, the "Responsive Pleadings"), shall be the *earlier* of: (1) seven (7) days following the conclusion of the mediation as ordered herein, and (2) Wednesday, January 10, 2024. |
| No later than January 24, 2024 | Deadline for Plaintiff to file and serve replies or other responses to the Defendant's Responsive Pleadings shall be fourteen (14) days following Defendant's filing and service of any such Responsive Pleadings. |
| February 9, 2024 | Deadline for completion of all fact discovery. Due to the expedited nature of this Adversary and Trial (as defined below), the responding party shall serve its answers and any objections within fourteen (14) days after being served with discovery requests (*i.e.* interrogatories, requests for production, requests for admissions, etc.). |
| February 14, 2024 | Deadline for the Parties to (i) exchange all exhibits, except for impeachment documents, along with a list of witnesses to be called; and (ii) file a list of exhibits and witnesses. Each exhibit shall be marked with an exhibit label. |
| | All exhibits not objected to in writing by the Trial shall be admitted into evidence at trial without further proof, except for objections to relevance. Written objections to exhibits |

|  |  |
|---|---|
|  | will be taken up either at the beginning or during the course of the actual trial. |
| <u>February 14, 2024</u> | Deadline for all dispositive motions to be heard. |
| <u>February 21, 2024</u> | Deadline for the Parties to file, serve, and upload for the Court a Joint Pretrial Order in compliance with Local District Court Rule 16.4. All counsel (or a pro se party) are responsible for preparing the Joint Pretrial Order, which shall contain the following: (a) a summary of the claims and defenses of each party; (b) a statement of stipulated facts; (c) a list of the contested issues of fact; (d) a list of contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters which would aid in the disposition of the case; and (g) the signature of each attorney (or pro se party). |
| <u>February 21, 2024</u> | Deadline for Plaintiff and Defendant to each file their respective written Proposed Findings of Fact and Conclusions of Law. |
| <u>February 21, 2024</u> | Deadline for Plaintiff and Defendant to each file their respective trial briefs addressing contested issues of law. |
| <u>February 28, 2024 at 9:30 a.m.</u> | Trial before Honorable Michelle V. Larson at Courtroom #2, 14th Floor, 1100 Commerce Street, Dallas, Texas (the "<u>Trial</u>"). |

All parties and counsel must certify to full compliance with this Order at Trial. If a resetting is allowed by the Court, the Plaintiff or Plaintiff's attorney shall notify all other parties and shall file with the Clerk a certificate of service indicating the manner, date, and to whom notice was given.

If the case is reset, all the deadlines will be shifted to the newly scheduled Trial date in the

**AGREED ALTERNATIVE SCHEDULING ORDER** Page 3

absence of a contrary Court order.

Sanctions may be imposed for failure to comply with this Order.

### END OF ORDER ###

**AGREED:**

| | |
|---|---|
| QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. | BUTLER SNOW LLP |
| By: */s/ Michael J. Quilling* <br>    Michael J. Quilling <br>    Texas Bar No. 16432300 <br>    mquilling@qslwm.com <br>    Joshua L. Shepherd <br>    Texas Bar No. 24058104 <br>    jshepherd@qslwm.com <br> 2001 Bryan Street, Suite 1800 <br> Dallas, Texas 75201 <br> (214) 871-2100 (Telephone) <br> (214) 871-2111 (Facsimile) | By: */s/ Daniel W. Van Horn* <br>    DANIEL W. VAN HORN <br>    *Pro Hac Admitted* <br>    Danny.VanHorn@butlersnow.com <br>    ADAM M. LANGLEY <br>    *Pro Hac Admitted* <br>    Adam.Langley@butlersnow.com <br> 6075 Poplar Ave., Ste. 500 <br> Memphis, TN 38119 <br> (901) 680-7200 (Telephone) <br> (901) 680-7201 (Facsimile) |
| PROPOSED SPECIAL COUNSEL FOR THE PLAINTIFF |    MARTIN A. SOSLAND <br>    Texas Bar No. 18855645 <br>    martin.sosland@butlersnow.com <br> 2911 Turtle Creek, Suite 1400 <br> Dallas, TX 75219 <br> (469) 680-5502 (Telephone) <br> (469) 680-5501 (Facsimile) <br><br> COUNSEL FOR DEFENDANT |