Daniel W. Van Horn, *Admitted Pro Hac*
Adam M. Langley, *Admitted Pro Hac*
R. Campbell Hillyer, *Admitted Pro Hac*
Butler Snow LLP
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
(901) 680-7200

Martin A. Sosland, TX Bar No. 18855645
Candice Carson, TX Bar No. 24074006
Butler Snow LLP
2911 Turtle Creek Blvd., Ste. 1400
Dallas, TX 75219
(469) 680-5502

Attorneys for FedEx Supply Chain Logistics & Electronics, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GOODMAN NETWORKS, INC., | ) | Case No. 23-31641-mvl-7 |
| | ) | |
|     Debtor. | ) | (Chapter 7) |
| | ) | |
| SCOTT M. SEIDEL, TRUSTEE, | ) | |
| | ) | |
|     Plaintiff, | ) | Adversary Proceeding |
| | ) | No. 23-03091 |
| v. | ) | |
| | ) | |
| FEDEX SUPPLY CHAIN LOGISTICS | ) | |
| & ELECTRONICS, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

**FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC.'S
CONSENT MOTION FOR LEAVE TO FILE BRIEFS
IN EXCESS OF PAGE LIMITS SET L.B.R 7007-2(C)**

1.  Comes now FedEx Supply Chain Logistics & Electronics, Inc.'s ("FSCLE") and pursuant to L.B.R. 7007-2(c) moves for the Court for an order granting FSCLE and the Trustee leave to file briefs in excess of the twenty-five (25) page limit set forth in L.B.R. 7007-2(c).

2.  As grounds for this motion, FSCLE would show the Court that the Trustee has filed a motion for preliminary injunction with a forty (40) page brief in support thereof and FSCLE intends to file a motion to dismiss the Trustee's adversary complaint. FSCLE seeks leave to file a brief of the same length already filed by the Trustee on the issue of the preliminary injunction, to file a brief of the same length in support of its motion to dismiss and for leave for the Trustee to file a principal reply brief in opposition to FSCLE's motion to dismiss that is also forty (40) total pages in length.

3.  The legal issues raised by the Trustee and FSCLE are complex. These motions are more akin to a summary judgment than an ordinary bankruptcy motion. The page limits for a summary judgment under the local rules is fifty (50) pages. L.B.R. 7056-1(e)(2). Because these motions are closer to summary judgment motions than ordinary motions, FSCLE and the Trustee both seek leave to file briefs of an intermediate length – forty (40) total pages.

4.  In support of this motion, FSCLE relies upon its memorandum of law filed herewith, the fact and length of the Trustee's brief in support of his motion for preliminary injunction, its lawsuit filed in the Northern District of Texas and all the pleadings in this adversary proceeding.

5.  FSCLE further states that after consultation with counsel for the Trustee that this motion is unopposed and is in fact by consent.

6. WHEREFORE, for good cause shown, FSCLE moves for leave for both the Trustee and FSCLE to be granted leave to file principal briefs on the Trustee's motion for preliminary injunction and FSCLE's motion to dismiss that are forty (40) total pages.

Dated: January 10, 2024

Respectfully submitted,

**BUTLER SNOW LLP**

s/ Danny Van Horn
Adam M. Langley (admitted *pro hac vice*)
R. Campbell Hillyer (admitted *pro hac vice*)
Danny Van Horn (admitted *pro hac vice*)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7316
adam.langley@butlersnow.com
cam.hillyer@butlersnow.com
danny.vanhorn@butlersnow.com

and

Candice Carson (TX Bar No. 24074006)
Martin A. Sosland (TX Bar No. 18855645)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
candice.carson@butlersnow.com
martin.sosland@butlersnow.com

*Counsel for FedEx Supply Chain Logistics & Electronics, Inc.*

**Certificate of Consultation of Counsel**

Prior to filing this motion, counsel for FSCLE (Danny Van Horn) consulted with counsel for the Trustee (Joshua Shepherd) on January 5, 8 and 9. As a result of those discussions, FSCLE can report that this motion is not opposed and is consented to by the Trustee.

s/ Danny Van Horn

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same via the Court's CM/ECF electronic filing system upon all persons who have filed ECF appearances in this case and via email to Trustee's Counsel:

Michael J. Quilling, Esq.
(Texas Bar No. 16432300)
Joshua L. Shepherd, Esq.
(Texas Bar No. 24058104)
**QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.**
2001 Bryan Street, Ste. 1800
Dallas, TX 75201
(214) 871-2100
mquilling@qslwm.com
jshepherd@qslwm.com

                                                  s/ Danny Van Horn

85269400.v1