

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 10, 2024**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GOODMAN NETWORKS, INC., | ) | Case No. 23-31641-mvl-7 |
| | ) | |
| Debtor. | ) | (Chapter 7) |
| | ) | |
| SCOTT M. SEIDEL, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding |
| | ) | No. 23-03091 |
| v. | ) | |
| | ) | |
| FEDEX SUPPLY CHAIN LOGISTICS | ) | |
| & ELECTRONICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING
## CONSENT MOTION FOR LEAVE TO FILE BRIEFS
## IN EXCESS OF PAGE LIMITS SET L.B.R 7007-2(C)

It appearing to the Court that FedEx Supply Chain Logistics & Electronics, Inc.'s

("FSCLE") Consent Motion for Leave to File Briefs in Excess of Page Limits Set in L.B.R.

7002-2(c) is well taken, it is hereby:

ORDERED that FSCLE and the Trustee are granted leave to file principal briefs in

support of and in opposition to the Trustee's motion for a preliminary injunction and FSCLE's

motion to dismiss the Trustee's adversary complaint.

###END OF ORDER###


AGREED:

BUTLER SNOW LLP

*/s/ Daniel W. Van Horn*
Daniel W. Van Horn (admitted pro hac)
Adam M. Langley (admitted pro hac)
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
901-680-7200 (telephone)
901-680-7201 (facsimile)
danny.vanhorn@butlersnow.com
adam.langley@butlersnow.com

Martin A. Sosland (Tx Bar No. 18855645)
2911 Turtle Creek, Suite 1400
Dallas, TX 75219
(469) 680-5502 (telephone)
469-680-5501 (facsimile)
martin.solsand@butlersnow.com

COUNSEL FOR DEFENDANT

85274699.v2

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.

*/s/ Joshua L. Shepherd*
Joshua L. Shepherd (TX Bar No. 24058104)
Michael J. Quilling (TX Bar No. 16432300)
2001 Bryan Street, Suite 1800
Dallas, TX 75201
214-871-2100 (telephone)
214-871-2111 (facsimile)
jshepherd@qslwm.com
mquilling@qslwm.com

SPECIAL COUNSEL FOR THE PLAINTIFF