# Exhibit 2

Case 23-03091-mvl    Doc 18-2    Filed 01/10/24    Entered 01/10/24 17:46:35    Desc
Exhibit 2 - Automation Email    Page 1 of 3

| | |
|---|---|
| From: | Sondrup, Samantha K. [ssondrup@goodmansolutions.com] |
| Sent: | 10/13/2021 1:32:34 AM |
| To: | Terhesh, Jo Ella [JTerhesh@goodmansolutions.com]; Elmore, Stephanie S. [selmore@goodmansolutions.com] |
| CC: | james.frinzi@gnetatc.com; Seago, Steve W. [SSeago@goodmansolutions.com] |
| Subject: | RE: Fedex Synopsis |

Really Nice work on this Jo Ella.

We see you!!



Samantha Sondrup
Chief of Staff
**GOODMAN SOLUTIONS**

**From:** Terhesh, Jo Ella <JTerhesh@goodmansolutions.com>
**Sent:** Tuesday, October 12, 2021 4:34 PM
**To:** Sondrup, Samantha K. <ssondrup@goodmansolutions.com>; Elmore, Stephanie S. <selmore@goodmansolutions.com>
**Cc:** james.frinzi@gnetatc.com; Seago, Steve W. <SSeago@goodmansolutions.com>
**Subject:** RE: Fedex Synopsis

Good afternoon all,

Here is a summary of the FedEx Accessories Packaging project:

D365 Customer: C10033
D365 Vendor: V303090
D365 Project: ATCVAR-006

**Gross Margin July 2019 – June 2020 = $560,364 (from previous Genesis ATC financial statement)**
**Gross Margin October 2020 – September 2021** (pallet moves ONLY) = **$206,357.71** – does not include the .2% margin on all automated purchase and sales transactions estimated below at $274,142.70 for **total of $480,500.41**

GNET ATC, LLC has automated purchase order and invoice transactions in D365 (previously were automated in Great Plains) that account for the purchase of mobile device accessories from FedEx and sale back to FedEx at .2% margin. In other words, the sales price is .2% higher than the purchase price. GNET ATC also receives and processes weekly Express Employment Professionals temp agency invoices for the temp labor used in Ft. Worth by FedEx to move pallets related to this project within their facility. At the end of every month, FedEx will provide GNET ATC with an estimated pallet move count and GNET will accrue revenue at $8.50 per pallet (should be a reversing accrual). Around the 15th of the following month, FedEx will confirm final pallet moves for the prior month and GNET ATC will invoice actual revenue in D365 which will be offset by the reversing accrual from the previous month end.

I have attached the last 12 months transactions pulled from D365 today for project ATCVAR-006 (11,439 records, but I believe most of these should be doubled because the revenue and COGS are listed on the same line). I successfully matched up all of the pallet move revenue for the past 12 months at $276,462.50 from my tracking file with the D365 On-Account transaction type, but it appears to me that the revenue accrual for September was actually booked as an expense instead of revenue? I also matched up "most" of the pallet move temp agency invoices from my tracking file, but I believe some of these temp invoices are missing and should be coded to this project totaling an additional expense of $9,681.32 for total 12 month temp labor of $70,104.79. Lastly, there are several September 2021 revenue transactions coded as "Custom Work" totaling $330,500.33 and one expense coded as "Shipping and Freight" for $21.60 that I cannot match to anything and may be coded to the wrong project?

If you filter column E to "Materials", this seems to be the best representation of the automated purchase and sale transactions for the 12 month period. However, there are 45 transactions with COGS only and no revenue. If we remove these rows noted with green font (cost of $334,685.11), all other transactions indicate an accurate margin of .2% overall.

| | | |
|---|---|---|
| Revenue | $137,280,053.20 | |
| COGS | $137,005,910.50 | (not including above $334,685.11 COGS only) |
| Margin | $ 274,142.70 or .2% gross margin | |

If you would like to discuss further, please let me know.

Thanks,

Jo Ella



Jo Ella Terhesh
**Vice President, Supply Chain and Logistics**
**GOODMAN SOLUTIONS**

---

**From:** Sondrup, Samantha K. <ssondrup@goodmansolutions.com>
**Sent:** Tuesday, October 12, 2021 12:09 AM
**To:** Elmore, Stephanie S. <selmore@goodmansolutions.com>; Terhesh, Jo Ella <JTerhesh@goodmansolutions.com>
**Cc:** james.frinzi@gnetatc.com
**Subject:** Fedex Synopsis

Can Either of you provide a synopsis on Fedex project?

What do we do for program?
Any Transactional count detail?
Financials (as applicable)?



Samantha Sondrup
**Chief of Staff**
**GOODMAN SOLUTIONS**

T : 972.421.5732    M : 469.307.2070
ssondrup@goodmansolutions.com
**GOODMANSOLUTIONS.COM**
**2801 Network Blvd, Suite 300, Frisco, TX 75034**