Daniel W. Van Horn, *Admitted Pro Hac*
Adam M. Langley, *Admitted Pro Hac*
R. Campbell Hillyer, *Admitted Pro Hac*
Butler Snow LLP
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
(901) 680-7200

Martin A. Sosland, TX Bar No. 18855645
Candice Carson, TX Bar No. 24074006
Butler Snow LLP
2911 Turtle Creek Blvd., Ste. 1400
Dallas, TX 75219
(469) 680-5502

Attorneys for FedEx Supply Chain Logistics & Electronics, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| GOODMAN NETWORKS, INC., | ) Case No. 23-31641-mvl-7 |
| | ) |
| Debtor. | ) (Chapter 7) |

| | |
|---|---|
| SCOTT M. SEIDEL, TRUSTEE, | ) |
| | ) |
| Plaintiff, | ) Adversary Proceeding |
| | ) No. 23-03091 |
| v. | ) |
| | ) |
| FEDEX SUPPLY CHAIN LOGISTICS | ) |
| & ELECTRONICS, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF HEARING
RE FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC.'S
MOTION TO DISMISS THE TRUSTEE'S ORIGINAL COMPLAINT**

**PLEASE TAKE NOTICE** that the Court has set a hearing on February 21, 2024, at 1:30 p.m. (prevailing Central Time) on FedEx Supply Chain Logistics & Electronics, Inc.'s Motion to Dismiss the Trustee's Original Complaint (ECF No. 19).

The hearing will be held before the Honorable Judge Michelle V. Larson, the United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom No. 2, Dallas, TX 75242.

Respectfully submitted,

**BUTLER SNOW LLP**

*/s/ Adam M. Langley*
Adam M. Langley (admitted *pro hac vice*)
R. Campbell Hillyer (admitted *pro hac vice*)
Danny Van Horn (admitted *pro hac vice*)
6075 Poplar Avenue, Suite 500
Memphis, TN  38119
Telephone: (901) 680-7316
adam.langley@butlersnow.com
cam.hillyer@butlersnow.com
danny.vanhorn@butlersnow.com

and

Martin A. Sosland (TX Bar No. 18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
candice.carson@butlersnow.com
martin.sosland@butlersnow.com

*Attorneys for FedEx Supply Chain Logistics & Electronics, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same via the Court's CM/ECF electronic filing system upon all persons who have filed ECF appearances in this case and via email to Trustee's Counsel:

Michael J. Quilling, Esq.
(Texas Bar No. 16432300)
Joshua L. Shepherd, Esq.
(Texas Bar No. 24058104)
QUILLING, SELANDER, LOWNDS,
    WINSLETT & MOSER, P.C.
2001 Bryan Street, Ste. 1800
Dallas, TX 75201
(214) 871-2100
mquilling@qslwm.com
jshepherd@qslwm.com


Dated: January 19, 2024

                                                             */s/ Adam M. Langley*