Michael J. Quilling
Joshua L. Shepherd
QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

PROPOSED SPECIAL COUNSEL FOR THE TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § § **GOODMAN NETWORKS, INC.,** § § § **Debtor.** § § | § § § § § § § § | **CASE NO. 22-31641-mvl7** **(Chapter 7)** |
| **SCOTT M. SEIDEL, TRUSTEE,** § § **Plaintiff,** § § **v.** § § **FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC.,** § § **Defendant.** | § § § § § § § § § § § | **ADVERSARY NO. 23-03091** |

## NOTICE OF AGREEMENT

Please take notice that, as set forth on **Exhibit "A"** hereto, the Parties in the above-styled Adversary Proceeding have agreed to extend the Plaintiff's deadline to file and serve replies or other responses to the Defendant's Responsive Pleadings[1] from January 24, 2024, to January 26, 2024.

---

[1] As that term is defined in the Parties' Agreed Alternative Scheduling Order [Adv. Dkt. No. 12].

**NOTICE OF AGREEMENT**            **Page 2**

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ Michael J. Quilling*
    Michael J. Quilling
    State Bar No. 16432300
    Joshua L. Shepherd
    State Bar No. 24058104

**PROPOSED SPECIAL COUNSEL
FOR THE TRUSTEE**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served concurrently with filing by ECF upon all persons who have filed ECF appearances in this adversary proceeding.

    */s/ Michael J. Quilling*
    Michael J. Quilling

**Diana Cruz**

| | |
|---|---|
| **From:** | Michael Quilling |
| **Sent:** | Friday, January 19, 2024 10:29 PM |
| **To:** | Danny Van Horn; Joshua L. Shepherd |
| **Subject:** | Pardon the lateness of the hour |

But that is how my life goes these days  I would like to see if you are agreeable to extending the date to file things on 1/24 until the end of next week. Hopefully the mediation will be successful and I don't think an extension will put you in a bind.

Mike Quilling
Sent from my iPhone



**Diana Cruz**

| | |
|---|---|
| **From:** | Danny Van Horn <Danny.VanHorn@butlersnow.com> |
| **Sent:** | Saturday, January 20, 2024 9:22 AM |
| **To:** | Michael Quilling; Joshua L. Shepherd |
| **Subject:** | [EXTERNAL] - RE: Pardon the lateness of the hour |
| **Attachments:** | image001.png |

⊘ External email ›

Of course. Happy to grant that request.

**Daniel W. Van Horn**
**Butler Snow LLP**

D: (901) 680-7331 | F: (901) 680-7201
6075 Poplar Avenue, Suite 500, Memphis, TN 38119
P.O. Box 171443, Memphis, TN 38187-1443
Danny.VanHorn@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Michael Quilling <mquilling@qslwm.com>
**Sent:** Friday, January 19, 2024 10:29 PM
**To:** Danny Van Horn <Danny.VanHorn@butlersnow.com>; Joshua L. Shepherd <jshepherd@qslwm.com>
**Subject:** Pardon the lateness of the hour

days  I would like to see if you are agreeable to extending the date to file things on 1/24 until the end of next week. Hopefully the mediation will be successful and I don't think an extension will put you in a bind.

Mike Quilling
Sent from my iPhone

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.