| | |
|---|---|
| Michael J. Quilling<br>Texas Bar No. 16432300<br>Joshua L. Shepherd<br>Texas Bar No. 24058104<br>QUILLING, SELANDER, LOWNDS,<br>   WINSLETT & MOSER, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201<br>(214) 871-2100 (Telephone)<br>(214) 871-2111 (Facsimile)<br><br>SPECIAL COUNSEL<br>FOR SCOTT M. SEIDEL, TRUSTEE | Daniel W. Van Horn, *Admitted Pro Hac*<br>Adam M. Langley, *Admitted Pro Hac*<br>R. Campbell Hillyer, *Admitted Pro Hac*<br>BUTLER SNOW LLP<br>6075 Poplar Ave., Ste. 500<br>Memphis, TN 38119<br>(901) 680-7200 (Telephone)<br><br>Martin A. Sosland, TX Bar No. 18855645<br>Candice Carson, TX Bar No. 24074006<br>BUTLER SNOW LLP<br>2911 Turtle Creek Blvd., Ste. 1400<br>Dallas, TX 75219<br>(469) 680-5502 (Telephone)<br><br>COUNSEL FOR FEDEX SUPPLY CHAIN<br>LOGISTICS & ELECTRONICS, INC. |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:**<br><br>**GOODMAN NETWORKS, INC.,**<br><br>   **Debtor.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 22-31641-mvl-7<br><br>(Chapter 7) |
| **SCOTT M. SEIDEL, TRUSTEE,**<br><br>   Plaintiff,<br><br>v.<br><br>**FEDEX SUPPLY CHAIN LOGISTICS**<br>**& ELECTRONICS, INC.,**<br><br>   Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **ADVERSARY PROCEEDING**<br>**NO: 23-03091** |

## STIPULATION OF DISMISSAL *WITHOUT* PREJUDICE

TO THE HONORABLE MICHELLE V. LARSON,
UNITED STATES BANKRUPTCY JUDGE:

      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, made applicable to this Adversary Proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, Scott M. Seidel, the Trustee of Goodman Networks, Inc. and Plaintiff, and FedEx Supply Chain

---

**STIPULATION OF DISMISSAL *WITHOUT* PREJUDICE**            **PAGE 1**

Logistics & Electronics, Inc., the Defendant, being all of the parties to the above-styled Adversary Proceeding, hereby dismiss this Adversary Proceeding, *without* prejudice to refiling at a later date, with each party to bear its own fees, costs, and expenses.

Dates: February 20, 2024

    Respectfully submitted,

    QUILLING, SELANDER, LOWNDS,
       WINSLETT & MOSER, P.C.
    2001 Bryan Street, Suite 1800
    Dallas, Texas 75201
    (214) 871-2100 (Telephone)
    (214) 871-2111 (Facsimile)

    By:  */s/ Michael J. Quilling*
       Michael J. Quilling
       Texas Bar No. 16432300
       Joshua L. Shepherd
       Texas Bar No. 24058104

    SPECIAL COUNSEL FOR
    SCOTT M. SEIDEL, TRUSTEE

    and

    BUTLER SNOW LLP
    6075 Poplar Ave., Ste. 500
    Memphis, TN 38119
    (901) 680-7200 (Telephone)

    2911 Turtle Creek Blvd., Ste. 1400
    Dallas, TX 75219
    (469) 680-5502 (Telephone)

    By:  */s/ Daniel W. Van Horn*
       Daniel W. Van Horn, *Admitted Pro Hac*
       Adam M. Langley, *Admitted Pro Hac*
       R. Campbell Hillyer, *Admitted Pro Hac*
       Martin A. Sosland, TX Bar No. 18855645
       Candice Carson, TX Bar No. 24074006

    COUNSEL FOR FEDEX SUPPLY CHAIN
    LOGISTICS & ELECTRONICS, INC.